UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VERONICA DEKRUGER,**

        **Plaintiff(s),**      **CASE NUMBER: 08-10410**
                                     **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On February 17, 2009, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation (Doc. #14) recommending that the Court DENY Plaintiff's Motion for Summary Judgment (Doc. #10) and GRANT Defendant's Motion for Summary Judgment (Doc. #12).  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS ORDERED**.

                                            s/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated:  March 9, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2009.

s/Linda Vertriest
Deputy Clerk